

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2020

No. 04-19-00503-CV

**IN RE** Leticia Murillo **ESCAMILLA**

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00030-CVL
Honorable John D. Gabriel, Jr., Judge Presiding

## CONTEMPT JUDGMENT

This is a contempt proceeding ancillary to appeal number 04-19-00503-CV, styled *Chesapeake Exploration, L.L.C., et al. v. 7K Investments, Ltd., et al.*, currently pending in this court.

The reporter's record was originally due to be filed in this appeal on August 23, 2019. Although portions of the reporter's record have been filed, portions of the reporter's record to be filed by Ms. Leticia Escamilla remain outstanding. On December 6, 2019, this court ordered Ms. Escamilla, to file the complete reporter's record by December 24, 2019. We advised Ms. Escamilla that if she failed to file the complete reporter's record by December 24, 2019, **she would be ordered to appear before this court and show cause why she should not be held in contempt of court**.

Ms. Escamilla did not file the complete reporter's record by December 24, 2019. On January 2, 2020, we ordered Ms. Escamilla to appear in person before this court on January 15, 2020, at 2:00 p.m. before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Alvarez to show cause:

1. why she should not be held in civil and criminal contempt of this court for violating this court's December 6, 2019 order by failing to file the complete reporter's record in this appeal by December 24, 2019; and

2. why she should not be sanctioned.

Our order advised Ms. Escamilla that she had the right to be represented by counsel at the show cause hearing and the proceedings would be recorded by a certified court reporter. The court's order was personally served on Ms. Escamilla by certified mail. Prior to the date of the hearing, Ms. Escamilla filed additional volumes of the reporter's record. On the date of the hearing, however, the record was incomplete.

Ms. Escamilla personally appeared before the court at 2:00 p.m. to show cause why she should not be held in contempt of court. Ms. Escamilla was advised of her right to counsel by the court, and Ms. Escamilla knowingly and voluntarily waived her right to counsel. The court took judicial notice of its own file and admitted without objection an affidavit of Fourth Court of Appeals Clerk Michael A. Cruz setting forth the facts that are the basis of this proceeding. The court determined Ms. Escamilla failed to timely comply with this court's December 6, 2019 order. The court gave Ms. Escamilla an opportunity to show cause why she should not be held in contempt for violating our prior orders. During her testimony, Ms. Escamilla admitted she failed to file a complete reporter's record as ordered by the court.

After deliberating, the court finds from the evidence that Ms. Escamilla should be held in contempt of this court for failing to comply with this court's December 6, 2019 order. It is therefore ORDERED, ADJUDGED, AND DECREED by the Court of Appeals, Fourth Court of Appeals District of Texas, that:

Leticia Murillo Escamilla is in contempt of this court for failing to comply with this court's December 6, 2019 order by failing to file the complete reporter's record in appeal number 04-19-00503-CV, styled *Chesapeake Exploration, L.L.C., et al. v. 7K Investments, Ltd., et al.*, by December 24, 2019;

Leticia Murillo Escamilla is ordered confined to the County Jail of Bexar County, Texas for a period of thirty (30) days from the date of this judgment, which sentence shall be suspended pending and conditioned upon Ms. Escamilla's compliance with this judgment as follows:

Leticia Murillo Escamilla shall complete the reporter's records in the following matters in the following order:

1.    appeal number 04-19-00578-CR, styled *Escalante-Avalos v. State*;

2.    appeal number 04-19-00543-CV, styled *Prado v Lonestar Resources, Inc., et al.* (corrected reporter's record);

3.    appeal number 04-19-00503-CV, styled *Chesapeake Exploration, L.L.C., et al. v. 7K Investments, Ltd., et al.*; and

4.    appeal number 04-18-00411-CV, styled *Repsol Oil & Gas USA, LLC, et al. v. Matrix Petroleum, LLC* (reporter's record from hearing on motion to set aside).

by working on the records at a location designated by the Clerk of the Fourth Court of Appeals. Ms. Escamilla shall report to the Office of the Clerk of the Fourth Court of Appeals, 300 Dolorosa, San Antonio, Texas 78205, beginning January 16, 2020, not later than 8:00 a.m., with all the materials and equipment necessary to complete the records. Ms. Escamilla shall work exclusively on the reporter's record in appeal number 04-19-00578-CR, the corrected reporter's record in appeal number 04-19-00543-CV, her portions of the reporter's record in appeal number 04-19-00503-CV, and the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV in the order previously listed, for a minimum of eight (8) hours per day from 8:00 a.m. to 12:00 noon, a one-hour lunch break, and from 1:00 p.m. to 5:00 p.m. every Monday through Friday until the records are completed. During these hours, Ms. Escamilla shall

not work on any other matters or conduct any personal business. If, prior to filing the reporter's record in appeal number 04-19-00578-CR, the corrected reporter's record in appeal number 04-19-00543-CV, her portions of the reporter's record in appeal number 04-19-00503-CV, and the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV, Ms. Escamilla fails to report to the Clerk's Office without providing an excuse acceptable to this court, she will be ordered immediately confined to the County Jail of Bexar County, Texas to complete her sentence.

Leticia Murillo Escamilla shall file the reporter's record in appeal number 04-19-00578-CR, the corrected reporter's record in appeal number 04-19-00543-CV, her portions of the reporter's record in appeal number 04-19-00503-CV, and the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV no later than February 14, 2020. If Ms. Escamilla fails to file the reporter's record in appeal number 04-19-00578-CR, the corrected reporter's record in appeal number 04-19-00543-CV, her portions of the reporter's record in appeal number 04-19-00503-CV, and the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV by February 14, 2020, she shall appear in person before this court on February 18, 2020 at 9:00 a.m. before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Alvarez for a status hearing to determine whether she will be ordered immediately confined to the County Jail of Bexar County, Texas to complete her sentence. Ms. Escamilla is hereby advised that she has the right to be represented by counsel at the status hearing and the proceedings will be recorded by a certified court reporter.

Leticia Murillo Escamilla shall be fined in the amount of $500.00, payable to the Clerk of the Court of Appeals, Fourth Court of Appeals District of Texas, not later than February 5, 2020 at 5:00 p.m.; and

Leticia Murillo Escamilla shall pay all costs of this proceeding, including the cost of the court reporter, to the Clerk of the Court of Appeals, Fourth Court of Appeals District of Texas no later February 5, 2020 at 5:00 p.m.

IT IS ORDERED that the Clerk of this court shall submit a copy of this contempt judgment to the Court Reporter's Certification Board for any action the Board may deem appropriate.

IT IS FURTHER ORDERED that the Clerk of this court email a copy of this judgment to (1) the Honorable Russell Wilson, Presiding Judge of the 81st Judicial District Court, La Salle County, Texas; (2) the Honorable Sid Harle, Judge of the Fourth Administrative Judicial Region; and (3) the parties in all the referenced appeals.

IT IS FURTHER ORDERED that Ms. Escamilla file a work log detailing her daily work on the reporter's records as well as the daily work completed by any scopist, court reporter, or other person assisting Ms. Escamilla with the reporter's records every Monday until the complete reporter's records are filed.

IT IS FURTHER ORDERED that Ms. Escamilla file the volumes of the reporter's records as they are completed.

IT IS FURTHER ORDERED that all writs and other process necessary for the enforcement of this judgment be issued.

SIGNED January 15, 2020.

_____
Sandee Bryan Marion, Chief Justice

_____
Rebeca C. Martinez, Justice

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2020.



_____
MICHAEL A. CRUZ,
Clerk of Court